LIGHTWAY REALTY, INC. *v.* NICOTRA-WIELER INVESTMENT MANAGEMENT, INC.
(3301)

DUPONT, C.P.J., HULL and BORDEN, Js.

Argued April 4—decision released May 7, 1985

*Stephen B. Alderman,* for the appellant (defendant).

*Lawrence W. Iannotti,* with whom was *Charles W. Llewellyn,* for the appellee (plaintiff).

PER CURIAM. There is no error.